**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Mark Allen JACKSON, Defendant–Appellant.**

No. 02–7129.

United States Court of Appeals,
Fourth Circuit.

Submitted Nov. 21, 2002.

Decided Dec. 2, 2002.

Mark Allen Jackson, Appellant Pro Se. William Neil Hammerstrom, Jr., Office of the United States Attorney, Alexandria, Virginia, for Appellee.

Before NIEMEYER, WILLIAMS, and TRAXLER, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Mark Allen Jackson seeks to appeal the district court's order denying relief on his motion filed under 28 U.S.C. § 2255 (2000). We have reviewed the record and conclude for the reasons stated by the district court that Jackson has not made a substantial showing of the denial of a constitutional right.* *See United States v. Jackson*, Nos. CR–99–421–A; CA–02–908–AM (E.D.Va. July 3, 2002). Accordingly, we

---

* To the extent Jackson challenges the district court's failure to permit an amendment to his § 2255 motion, any such amendment would have been untimely.

**440**

deny a certificate of appealability, deny Jackson's request for transcripts, and dismiss the appeal. *See* 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*